IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

Mercedes Bedoya, as Personal
Representative of the Estate of Wilder
Bedoya, deceased,

        Plaintiff,

v.

Travelers Property Casualty Company of
America,

        Defendant.

RECEIPT OF FILING

CLERK CIRCUIT COURT   6/3/10

Case No.: 10·CA·11752

Division: K

## PLAINTIFF'S NOTICE OF SERVING FIRST INTERROGATORIES TO DEFENDANT

Under authority of Rule 1.340, Florida Rules of Civil Procedure, you are hereby requested to answer in writing and under oath, within forty-five (45) days from the receipt hereof, the attached interrogatories.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the above along with the Summons and Complaint in this case.

Gene Odom
Florida Bar No. 314470
Garett Raines
Florida Bar No. 37178
Maryann Masella
Florida Bar No. 26535
Martinez Odom Law Group
1111 Oakfield Drive, Suite 115
Brandon, FL 33511
(813) 685-4414
Attorneys for Plaintiff

**PLAINTIFF'S FIRST INTERROGATORIS TO DEFENDANT,**
**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

1.  What is the name and job title or capacity of the officer or agent answering these interrogatories?

2.  Did Travelers Property Casualty Company of America issue an automobile insurance policy to Psychotherapeutic Services of Florida, or any other policy which included the deceased plaintiff Wilder Bedoya as an insured?

3.  If so, state:

    a.  when the policy was originally issued;

    b.  where the policy was originally issued;

    c.  the manner in which insured received the policy;

    d.  the name, address, telephone number and job title or capacity at the time of issuance, of the person who issued the policy;

    e.  the name, address, telephone number and job title or capacity at the time of issuance, of the person who authorized the issuance;

    f.  the scope of coverage;

g. the amount of coverage;

h. the name, address, telephone number and job title or capacity at the time of issuance, of each person who witnessed the issuance of the policy;

i. the dates of payment of premium;

j. the amount of premium due on each date listed in the preceding subdivision;

k. the manner in which past premium payments have been made (*mailing, personal submission, etc.* );

l. the media used for past payment of premium (*cash, check, etc.*);

m. the name, address, telephone number and occupation of the person to whom receipts of premium payment have been issued;

n. the name, address, telephone number and occupation of the person who paid the premiums.

4. Subsequent to the issuance of the original policy, as described in the preceding Interrogatories, and on or prior to February 4, 2009, was the original policy amended, changed or otherwise modified?

5. If so, for each modification, state:

a.  its substance;

b.  the date it became effective;

c.  the name and job title or capacity at the time of change, of each person who was involved in effecting the change;

d.  the manner of involvement of each person listed in your response to the preceding subdivision;

e.  the date insured or his representative first became aware of it;

f.  how the insured or his representative first became aware of it (*indicate the name and occupation of the representative of insured who first became aware of it.* ).

6.  Prior to the actual issuance of the insurance policy or any modifications referred to in your answers to the preceding interrogatories, did any representative of Travelers Property Casualty Company of America have any negotiation or other contact with insured which was designed to lead to the issuance of a policy?

7.  If so, for each contact, state:

a.  the date;

b.  the place;

   c.  the form;

   d.  the name, address, telephone number and job title or capacity at the time of contact, of each person involved in the contact on behalf of the insurer;

   e.  how each person listed in answer to the preceding subdivision was involved;

   f.  the name, address, telephone number and occupation of each person involved in the contact in behalf of insured;

   g.  how each person listed in answer to the preceding subdivision was involved;

   h.  the name, address, telephone number and occupation of each other person present at the time of contact;

   i.  what was said and done by each person present at the time of contact;

   j.  the name, address, telephone number and job title or capacity at the time of contact, of the person who initiated the contact.

8.  Was any writing or other form of record made that evidences any of the contacts listed in answer to the preceding Interrogatory? If yes, identify such writing or record sufficiently to allow plaintiff to request production of that writing or record.

9. Aside from any copy of the insurance policy or policies, were any writings, correspondence or documents provided to the insured by this insurer or an agent of this insurer, which in any way described, discussed or referred to the subject insurance policy?

10. If so, for each such writing, state:

    a. its identity;

    b. the date of its submission;

    c. the manner of its submission;

    d. the reason for its submission;

    e. the name, address, telephone number and job title or capacity at the time of the submission, of the person who authorized its submission;

    f. the name, address, telephone number and job title or capacity at the time of submission, of the person who submitted it;

    g. the name, address, telephone number and occupation of the person to whom it was submitted.

11. Do you have any evidence of the receipt by insured or its representative of any of the submissions listed in your answer to the preceding interrogatory?

12. Subsequent to the issuance of the original policy, as described in the preceding interrogatories, and on or prior to February 4, 2009, was the original policy renewed?

13. If so, state:

    a.  the date it was renewed;

    b.  the authority under which it was renewed;

    c.  the name, address, telephone number and job title or capacity at the time of renewal, of each person involved in its renewal;

    d.  how each person listed in answer to the preceding subdivision was involved.

14. Was any fee or premium charged for such renewal?

15. If so, state:

    a.  the amount;

    b.  the reason for the charge.

16. If the original policy was renewed, were any changes or modifications of the original policy included in the renewal?

17. If so, for each change or modification, state:

    a.  its substance;

    b.  the authority for its inclusion;

    c.  the reason for its inclusion;

    d.  the date insured or his representatives became aware of it;

    e.  how insured or his representatives became aware of it (*indicate the name, address, telephone number and occupation of insured's representative who first became aware of it* ).

18. Subsequent to the issuance of the original policy as described in the preceding Interrogatories, and on or prior to February 4, 2009, was any new policy of insurance issued including Travelers Property Casualty Company of America as an insured?

19. If so, state:

    a.  the date of issuance;

    b.  the reason for the issuance;

    c.  the nature and scope of coverage;

    d.  the amount of coverage;

    e.  the name and address of the insurer;

    f.  the name, address, telephone number and job title or capacity of the person who issued the policy;

    g.  the name, address, telephone number and occupation of the person who authorized the issuance;

    h.  the name, address, telephone number and occupation of each person who witnessed the issuance;

    i.  the manner of issuance;

j.  the name, address, telephone number and occupation
    of the person to whom it was issued;

k.  the dates of payment of premium;

l.  the amount of premium due on each date listed in
    answer to the preceding subdivision;

m.  how past premiums have been paid;

n.  the name, address, telephone number and occupation
    of the person who paid past premiums;

o.  the name, address, telephone number and occupation
    of the person to whom receipts of past premiums were
    issued;

p.  the media used for payment of past premiums.

20. Were any negotiations had with insured or any of its representatives
    prior to the issuance of any additional policy?

21. If so, for each occasion, state:

a.  the date;

b.  the place;

c.  the substance of the negotiations;

    d.  the name, address, telephone number and job title or capacity at the time of negotiating, of each person present;

    e.  what was said and done by each person present.

22. Was any writing or other form of record made that evidenced any of the negotiations listed in your answer to Interrogatory 21?

23. At the time of the plaintiff's accident, was one person employed by defendant normally in charge of handling the uninsured motorist claims of its insureds?

24. If the answer is affirmative, state such person's name, address, telephone number, job title or capacity, and the number of years of experience working for defendant.

25. If the answer to Interrogatory 23 is negative, briefly describe the manner in which defendant processed uninsured motorist claims of its insureds at the time of plaintiff's accident.

26. Was the procedure followed by defendant in processing an insurance claim at the time of plaintiff's accident the same procedure which is currently utilized by it in administering uninsured motorist claims of its insureds?

27. If the answer to the preceding Interrogatory is negative, briefly describe defendant's current policy.

28. Describe each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing cause of the incident in question.

29. List the names and addresses of all persons who are known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

30. Have you heard, or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the substance of each statement.

_____   ___ ____

STATE OF FLORIDA

COUNTY OF _____

      BEFORE ME, the undersigned authority, personally appeared _____, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, and the facts contained therein are true and correct to the best of his/her knowledge and belief.

      SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20____.

_____
Signature of Notary Public

My Commission Number: _____

My Commission Expires: _____